## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE:       CHRISTOPHER WAYNE NUTTER         )
                                              )        CHAPTER 7
           DEBTOR.                            )        CASE NO. 20-61311

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **CHRISTOPHER WAYNE NUTTER,** by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed a petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **CAMPBELL COUNTY GENERAL DISTRICT COURT, PO BOX 97, RUSTBURG, VA 24588,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **ABSOLUTE RESOLUTIONS, C/O PEROUTKA, MILLER, KLIMA, AND PETERS, PA, 8028 RITCHIE HIGHWAY, S-300, PASADENA, MD 21122.**

4. The GARNISHEE is: **FRITO-LAY INC, ATTN: PAYROLL, 7701 LEGACY DRIVE, PLANO, TX 75024;**

5. The creditor is attempting to garnish: **DEBTOR'S WAGES**.

WHEREFORE, your applicant prays that said garnishment be quashed and have such other and further relief as the nature of the case may require.

Date:    September 28, 2020              Respectfully submitted,

                                         By:  /s/ HEIDI SHAFER
                                              Counsel for Debtor

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                           Certificate of Service

I certify on September 28, 2020 I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; the Garnishee: **FRITO-LAY INC, ATTN: PAYROLL, 7701 LEGACY DRIVE, PLANO, TX 75024;** the Court: **CAMPBELL COUNTY GENERAL DISTRICT COURT, PO BOX 97, RUSTBURG, VA 24588;** and the Creditor: **ABSOLUTE RESOLUTIONS, C/O PEROUTKA, MILLER, KLIMA, AND PETERS, PA, 8028 RITCHIE HIGHWAY, S-300, PASADENA, MD 21122.**

                                         /s/ HEIDI SHAFER
                                         Counsel for Debtor